IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | BEFORE: John R. Tunheim |
| Dale Wesley Ballinger, Jr., Defendant. | U.S. District Judge |

| | |
|---|---|
| Case No: | CR12-26 (9) (JRT) |
| Date: | March 5, 2021 |
| Court Reporter: | Lori Simpson |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 2:33 p.m. |
| Time Concluded: | 3:04 p.m. |
| Time in Court: | 31 Minutes |

**APPEARANCES:**
Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: James Becker  **X** FPD  ☐ CJA  ☐ Retained  ☐ To be appointed

**PROCEEDINGS:**
**X** **Revocation of Supervised Release - Final Hearing.**
**X** Defendant admits allegations.

**ORDERED:**
**X** Defendant remanded to custody of the U.S. Marshal.
**X** Defendant is sentenced to:  BOP 6 months; 1year supervised release.
**X** Written order to be issued.

s/Heather Arent<br>Courtroom Deputy