# United States District Court
## District of Minnesota

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **0:12-CR-00026-JRT-JSM(9)** |
| | USM Number: **16270-041** |
| **DALE WESLEY BALLINGER, JR** | **Keala C Ede** |
| | Defendant's Attorney |

**THE DEFENDANT:**

| ☒ | admitted guilt to violation of condition(s) | | of the term of supervision. |
| ☐ | was found in violation of condition(s) | | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Special condition | The defendant shall reside for a period of up to 180 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility | 01/24/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. 1670 | **February 23, 2022** |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth: 1991 | **s/John R. Tunheim** |
| | Signature of Judge |
| City and State of Defendant's Residence: Roseville, Minnesota | **JOHN R. TUNHEIM** |
| | **CHIEF JUDGE UNITED STATES DISTRICT COURT** |
| | Name and Title of Judge |
| | **February 23, 2022** |
| | Date |

DEFENDANT:        DALE WESLEY BALLINGER, JR
CASE NUMBER:      0:12-CR-00026-JRT-JSM(9)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

5 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16)  Sheet 3 - Supervised Release

DEFENDANT: DALE WESLEY BALLINGER, JR
CASE NUMBER: 0:12-CR-00026-JRT-JSM(9)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall no longer be on supervised release.